UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :
                                  :   NOTICE OF INTENT
     v.                           :   TO FILE AN INFORMATION
                                  :
VICTOR ARVELO,                    :   06 Cr. ____
     a/k/a "Rafael Rios,"         :
                                  :   07 CRIM. 392
                      Defendant.  :
                                  :
------------------------------------x

*JUDGE CHIN*

     Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         December 29, 2006

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:  _____
                              David A. O'Neil
                              Assistant United States Attorney


                              AGREED AND CONSENTED TO:

                         By:  _____
                              Peter Tsapatsaris, Esq.
                              Attorney for Victor Arvelo

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 12-29-06

12/29/06  wheel A