ORIGINAL

JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :      NOTICE OF INTENT
        v.                          :      TO FILE AN INFORMATION
                                    :
VICTOR ARVELO,                      :      07 Cr. ____
    a/k/a "Rafael Rios,"            :
                                    :
                Defendant.          :
                                    :
------------------------------------x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         March 2, 2007

                                    MICHAEL J. GARCIA
                                    United States Attorney

                            By:     _____
                                    David A. O'Neil
                                    Assistant United States Attorney


                                    AGREED AND CONSENTED TO:

                            By:     _____
                                    Peter Tsapatsaris, Esq.
                                    Attorney for Victor Arvelo

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/1/07

3/1/07  WHEEL A