UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      - v. -

VICTOR ARVELO,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - x

INFORMATION

07 Cr. _____

**07 CRIM 392**

JUDGE CHIN

## COUNT ONE

The United States Attorney charges:

On or about January 31, 2006, in the Southern District of New York and elsewhere, VICTOR ARVELO, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about November 15, 1990, in the Superior Court of San Juan, Puerto Rico, for aggravated assault, and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
MAY 8 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

VICTOR ARVELO,

Defendant.

**INFORMATION**

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.