```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :
         - v. -                 :     WAIVER OF INDICTMENT
                                :
VICTOR ARVELO,                  :     07 Cr. ___ (DC)
                                :
              Defendant.        :
                                :
- - - - - - - - - - - - - - - - x
```

**JUDGE CHIN**

**07 CRIM. 392**

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1326(a) and (b)(2), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

```
                                    _____
                                    VICTOR ARVELO

                                    _____
                                    Peter Tsapatsaris, Esq.
                                    Attorney for VICTOR ARVELO

                     Witness:       _____
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 8 2007

Date:   New York, New York
        May 8, 2007