# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District
Southern District of New York
John J. Byrnes
Attorney-in-Charge

ME[MO EN]DORSED

March 13, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/21/07

**BY FACSIMILE**

Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Victor Arvelo</u>
07 Cr. _____ (DC)

07 CRIM 392

Dear Judge Chin:

The Government filed a Notice of Intent to File an Information in this case on December 29, 2006. My client is being charged with one count of illegal reentry into the United States in violation of 8 U.S.C. § 1326(a) and (b)(2).

My client has been separately charged with a violation of supervised release in <u>United States v. Victor Arvelo</u>, 03 Cr. 286-01, which is before Judge Sweet. The defense respectfully requests that the case before your honor be transferred to Judge Sweet, who is already familiar with my client's individual circumstances and prior record, having sentenced him on the case underlying the violation of supervised release. I have spoken to the Government and they do not oppose this request.

I am concurrently writing Judge Sweet to request that he accept this case on his docket.

Respectfully submitted,

PETER TSAPATSARIS
Assistant Federal Defender
(212) 417-8713

Application DENIED.
SO ORDERED.

DJ 3/21/07

cc: David O'Neil, Esq.
Assistant U.S. Attorney/SDNY

TOTAL P.002