DATE: 5/8/07
NAME OF DEFENDANT: Victor Arvelo
DOCKET NUMBER: 07 Cr. 07CRIM 392

TO THE WARDEN OF THE METROPOLITAN CORRECTIONAL FACILITY:

THE DEFENDANT ___Victor Arvelo___,

HAS BEEN REMANDED TO THE M.C.C. IN LIEU OF BAIL,

AT THE HEARING BEFORE THE COURT THE FOLLOWING INFORMATION REQUIRING YOUR ATTENTION WAS DISCLOSED;

DEFENDANT ~~HAS A DRUG PROBLEM AND~~ REQUIRES MEDICAL ATTENTION

Eyesight deteriorating

[USDC SDNY stamp: MAY 08 2007]

SO ORDERED:

_James C. Francis IV_
UNITED STATES MAGISTRATE
SOUTHERN DISTRICT OF NEW YORK