# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07

October 18, 2007

The Honorable Denny Chin
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
OCT 18 2007
JUDGE CHIN'S CHAMBERS

Re: **United States v. Victor Arvelo**, 07 Cr. 392 (DC)

Dear Judge Chin:

    I write to request an adjournment of Mr. Arvelo's sentencing, currently scheduled for October 22, 2007. The Government consents to this request.

    Mr. Arvelo's attorney, Peter Tsapatsaris, recently left our office, and I was reassigned the case. I have not yet had adequate time to review his Presentence Report and to prepare a sentencing submission.

    I spoke to Your Honor's deputy, and I understand that November 20, 2007 at 10:30 a.m. is convenient for the Court.

Respectfully submitted,

David Patton
Attorney for Mr. Arvelo
(212) 417-8762

cc: Assistant U.S. Attorney David O'Neil

**APPLICATION GRANTED.**
**SO ORDERED**

Denny Chin, U.S.D.J.
10/18/07