# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

# MEMO ENDORSED January 7, 2008

The Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Victor Arvelo, 07 Cr. 392 (DC)**

Dear Judge Chin:

    I write to request an adjournment of Victor Arvelo's sentencing, currently scheduled for January 9, 2008. This is the defendant's third request for an adjournment. The Government consents to the request.

    In preparation for Mr. Arvelo's sentencing, I have been attempting to obtain records relating to his prior convictions. Some of the convictions are old, and Mr. Arvelo's date of release for those convictions could potentially impact his criminal history computation. Because of the age and location of the convictions (e.g., one is from Puerto Rico and is 17 years old), it has been difficult to gather the records.

    An adjournment of approximately 30 days should allow sufficient time to gather the records and file a sentencing submission.

Respectfully submitted,

David Patton
Attorney for Mr. Arvelo
(212) 417-8762

cc: Assistant U.S. Attorney David O'Neil

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2008

Adjourned to Feb. 20, 2008, at 4:30 p.m. FINAL.

So ordered.

USDJ 1/8/08

TOTAL P.002