# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 08-1045-cr

**Caption [use short title]:** United States v. Victor Arvelo

**Motion for:** Limited Remand

*U.S. DISTRICT COURT FILED AUG 27 2008 S.D. OF N.Y.*

*AUG 14 2008*

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/27/08*

**Set forth below precise, complete statement of relief sought:**

The Government moves for limited remand for consideration of whether to accept defendant's guilty plea and for resentencing

**MOVING PARTY:** ☐ Plaintiff  ☒ Defendant
☐ Appellant/Petitioner  ☒ Appellee/Respondent

**OPPOSING PARTY:** Victor Arvelo

**MOVING ATTORNEY:** Michael J. Garcia
United States Attorney
By: AUSA David A. O'Neil
Tel: (212) 637-2533
E-mail: David.O'Neil@usdoj.gov

**OPPOSING ATTORNEY [Name]:** David A. Lewis, Esq
Federal Defender of New York, Inc.
52 Duane Street
10th Floor
New York, New York 10007

**Court-Judge/Agency appealed from:** United States District Court, S.D.N.Y (Hon. Denny Chin, U.S.D.J.)

**Please check appropriate boxes:**

Has consent of opposing counsel:
A. been sought?  ☒ Yes  ☐ No
B. been obtained?  ☒ Yes  ☐ No

Is oral argument requested?  ☐ Yes  ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☒ No
If yes, enter date _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☐ No

Has this relief been previously sought in ___
R ___

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by: _____
Deputy Clerk

**Signature of Moving Attorney:** _____  **Date:** 8/12/2008

Has service been effected?  ☐ Yes  ☐ No
[Attach proof of service]

## ORDER

Before: Hon. Barrington D. Parker, *Circuit Judge*

IT IS HEREBY ORDERED that Appellee's motion for limited remand (on consent) is GRANTED.

8/25/08
Date

*AUG 25 2008*

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk
by _____
Joy Fallek, Administrative Attorney

Certified Copy:
August 25, 2008