# MANDATE

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 08-1045-cr

**Caption [use short title]:** United States v. Victor Arvelo

**Motion for:** Limited Remand

**Set forth below precise, complete statement of relief sought:**

The Government moves for limited remand for consideration of whether to accept defendant's guilty plea and for resentencing

AUG 14 2008

U.S. DISTRICT COURT FILED SEP 17 2008 S.D. OF N.Y.

**MOVING PARTY:** ☐ Plaintiff  ☐ Defendant  ☐ Appellant/Petitioner  ☑ Appellee/Respondent

**OPPOSING PARTY:** Victor Arvelo

**MOVING ATTORNEY:** Michael J. Garcia
United States Attorney
By: AUSA David A. O'Neil
Tel: (212) 637-2533
E-mail: David.O'Neil@usdoj.gov

**OPPOSING ATTORNEY [Name]:** David A. Lewis, Esq
Federal Defender of New York, Inc.
52 Duane Street
10th Floor
New York, New York 10007

**Court-Judge/Agency appealed from:** United States District Court, S.D.N.Y (Hon. Denny Chin, U.S.D.J.)

**Please check appropriate boxes:**

Has consent of opposing counsel:
A. been sought? ☑ Yes ☐ No
B. been obtained? ☑ Yes ☐ No

Is oral argument requested? ☐ Yes ☑ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No
If yes, enter date _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No

R

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

**Signature of Moving Attorney:** _____ **Date:** 8/12/2008

Has service been effected? ☐ Yes ☐ No
[Attach proof of service]

## ORDER

Before: Hon. Barrington D. Parker, *Circuit Judge*

IT IS HEREBY ORDERED that Appellee's motion for limited remand (on consent) is GRANTED.

8/25/08
Date

AUG 25 2008

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk
by Joy Fallek, Administrative Attorney

ISSUED AS MANDATE: September 15, 2008